826

No. 85-2086.  PIETSCH v. UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 85-2087.  LAWRENCE ET UX. v. ADVANCED PATENT TECHNOLOGY, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 85-2088.  ROGER'S TERMINAL & SHIPPING CORP. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85-2090.  DICUPE v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 85-2091.  UNION OIL COMPANY OF CALIFORNIA v. SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY (BUCHANAN, REAL PARTY IN INTEREST).  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 85-2092.  BRADFORD, AS EXECUTRIX OF THE ESTATE OF BRADFORD, ET AL. v. BLUE PEARL MUSIC CORP.  C. A. 3d Cir.  Certiorari denied.

No. 85-2093.  MOTE ET AL. v. BISHOP AND DIOCESE OF COLORADO ET AL.  Sup. Ct. Colo.  Certiorari denied.

No. 85-2095.  RODOLITZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 85-2096.  KRUEGER v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 85-2097.  WEISSER OPTICAL CO. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.

No. 85-2098.  RUSSELL v. MILLSAP ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85-2100.  GORDON v. VETERANS ADMINISTRATION.  C. A. Fed. Cir.  Certiorari denied.

No. 85-2101.  SERRA v. PICARDO ET AL.  C. A. 6th Cir.  Certiorari denied.